UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Duane Gittens,<br><br>    Plaintiff *Pro Se*,<br><br>v.<br><br>Experian Information Solutions Inc.,<br><br>    Defendant. | Civ. No. 2:13-CV-5534<br>(KM)(MAH)<br><br>ORDER |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 24) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that Plaintiff Duane Gittens's complaint (ECF No. 1) be dismissed with prejudice; and Plaintiff not having filed objections to the R&R; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to Fed. R. Civ. Proc. 78; and for good cause shown:

**IT IS** this 7th day of October, 2015

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 24) is ADOPTED, and Plaintiff's complaint (ECF No. 1) is DISMISSED WITH PREJUDICE.

                                          **KEVIN MCNULTY**
                                        **United States District Judge**